IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                                CV F 06 1079 AWI WMW   P

   vs.                                      ORDER RE MOTION (DOC 7 )

CCI FIRST WATCH,

    Defendant.

       Plaintiff has filed a motion for extension of time in which to file objections to the October 17, 2006, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:**   **November 22, 2006**                /s/  **William M. Wunderlich**
j14hj0                                           UNITED STATES MAGISTRATE JUDGE